# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| CELINA MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRY LEONARD, et al.,<br><br>    Defendants. | CASE NO. 3:24-CV-67-CCB-SJF |

## ORDER

In its Rule 16(b) Scheduling Order issued on July 9, 2024, the Court ordered the parties to name a mediator no later than August 21, 2024. [DE 18 at 4]. As of this date, nothing has been filed to suggest that the parties have named a mediator. Therefore, the parties are **ORDERED** to file notice of selection of a mediator *instanter*. If nothing is filed by **September 3, 2024**, the Court will take steps necessary to appoint a mediator.

**SO ORDERED** this 26th day of August 2024.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge