UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CELINA MUTUAL INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 3:24-cv-00067-DRL-MGG |
| ) | |
| TERRY LEONARD, by his guardian, ) | |
| JACQUELINE BONDS, ) | |
| OLIVE ONE STOP SHOP INC. d/b/a ) | |
| GOLO and OLIVE FOOD MART, INC. ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE OF AGREEMENT TO MEDIATOR**

Plaintiff, Celina Mutual Insurance Company, and Defendant, Terry Leonard, by their respective counsel, hereby notify the Court that the Parties have agreed upon the selection of a mediator pursuant to the provisions of A.D.R. Rule 2.4. Accordingly, the Parties have selected attorney, Michael Scopelitis, of Scopelitis Alternative Dispute Resolution Services, 2238 Portage Ave, South Bend, IN 46616, to serve as mediator in this cause. The Parties currently are working with Mr. Scopelitis to schedule the mediation.

1

Respectfully submitted,

/s/ Daniel H Pfeifer
Daniel H Pfeifer, #5720-71
**PFEIFER MORGAN & STESIAK**
53600 N Ironwood Drive
South Bend, IN 46635
dpfeifer@pilawyers.com
*Attorney for Defendants, Terry Leonard, by his guardian, Jacqueline Bonds*

/s/ Anna M. Mallon
Anna M. Mallon #23693-49
**DREWRY SIMMONS VORNEHM, LLP**
736 Hanover Place, Suite 200
Carmel, IN 46032
amallon@dsvlaw.com
*Attorney for Plaintiff, Celina Insurance Group*

### CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, the foregoing was filed electronically via this Court's E-Filing System.  Notice of this filing was also provided to the following via the E-Filing System and/or First Class United States Mail:

Daniel H Pfeifer
**PFEIFER MORGAN & STESIAK**
53600 N Ironwood Drive
South Bend, IN 46635
dpfeifer@pilawyers.com
*Attorney for Defendants, Terry Leonard, by his guardian, Jacqueline Bonds*

Olive One Stop Shop, Inc. d/b/a GOLO
421 N Olive St.
South Bend, IN 46628
*Pro se*

Olive Food Mart, Inc.
421 N Olive St.
South Bend, IN 46628
*Pro se*

/s/ Anna Mallon
Anna M. Mallon, Atty. No. 23693-49

2