UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CELINA MUTUAL INSURANCE COMPANY, <br>     Plaintiff, <br><br>     v. <br><br> TERRY LEONARD, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )   CAUSE NO.: 3:24-CV-67-CCB-JEM <br> ) <br> ) <br> ) |

**ORDER**

This matter is before the Court on Plaintiff Celina Mutual Insurance Company's Motion to Withdraw Motion to Enforce Settlement Agreement [DE 38], filed on September 2, 2025. Plaintiff requests that the motion to enforce the settlement agreement [DE 28] be withdrawn.

On review of the Motion and noting the representations therein, the Court **GRANTS** Plaintiff Celina Mutual Insurance Company's Motion to Withdraw Motion to Enforce Settlement Agreement [DE 38] and **ORDERS** that the Motion to Enforce Settlement Agreement [DE 28] is hereby **WITHDRAWN**.

SO ORDERED this 3rd day of September, 2025.

                                                          s/ John E. Martin
                                                          MAGISTRATE JUDGE JOHN E. MARTIN
                                                          UNITED STATES DISTRICT COURT

cc:    All counsel of record