UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CELINA MUTUAL INSURANCE COMPANY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 3:24-cv-00067-CCB-SJF |
| | ) |
| TERRY LEONARD, by his guardian, | ) |
| JACQUELINE BONDS, | ) |
| OLIVE ONE STOP SHOP INC. d/b/a | ) |
| GOLO and OLIVE FOOD MART, INC. | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Celina Mutual Insurance Company, and Defendant, Terry Leonard, by his guardian, Jacqueline Bonds, by their respective counsel, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims against Defendants Terry Leonard, by his guardian, Jacqueline Bonds, Olive One Stop Shop Inc. d/b/a GOLO and Olive Food Mart, Inc., with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

*/s/ Daniel H. Pfeifer*
Daniel H Pfeifer
**PFEIFER MORGAN & STESIAK**
53600 N Ironwood Drive
South Bend, IN 46635
dpfeifer@pilawyers.com
*Attorney for Defendants, Terry Leonard, by his guardian, Jacqueline Bonds*

*/s/ Anna Mallon*
Anna M. Mallon, # 23693-49
**DREWRY SIMMONS VORNEHM, LLP**
736 Hanover Place, Suite 200
Carmel, IN 46032
amallon@dsvlaw.com
*Attorney for Plaintiff, Celina Insurance Group*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on September 9, 2025, the foregoing was served electronically. Service of this filing will be made upon the following ECF-registered counsel by operation of the Court's electronic filing system.

| | |
|---|---|
| Daniel H Pfeifer<br>**PFEIFER MORGAN & STESIAK**<br>53600 N Ironwood Drive<br>South Bend, IN 46635<br>dpfeifer@pilawyers.com<br>*Attorney for Defendants, Terry Leonard, by his guardian, Jacqueline Bonds* | Olive One Stop Shop, Inc. d/b/a GOLO<br>421 N Olive St.<br>South Bend, IN 46628<br>*Pro se*<br><br>Olive Food Mart, Inc.<br>421 N Olive St.<br>South Bend, IN 46628<br>*Pro se* |

*/s/ Anna Mallon*
Anna M. Mallon, Atty. No. 23693-49