UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CELINA MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> TERRY LEONARD, et al., <br><br> Defendants. | Case No. 3:24-CV-67-CCB-JEM |

## ORDER

Pursuant to the Joint Stipulation to Dismiss (ECF 40) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, each party bearing its own costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED on September 10, 2025.

 /s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT